## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JIMMY SHANE CANTRELL,                                                            PLAINTIFF
ADC #98730

v.                              No. 2:12CV00018 JLH/JTR

CORIZON, INC., et al.                                                           DEFENDANTS

### ORDER OF DISMISSAL

Plaintiff, Jimmy Shane Cantrell, is a prisoner in the East Arkansas Regional Unit of the Arkansas Department of Correction.  On January 24, 2012, he filed a *pro se* § 1983 Complaint alleging that numerous Defendants violated his constitutional rights. *See* docket entry #2.

On February 16, 2012,  the Court:  (1) struck the Complaint on the ground it violated Fed. R. Civ. P. 8 and 20; and (2) gave Plaintiff thirty days to file a Substituted Complaint that complied with the Federal Rules of Civil Procedure. *See* docket entry #13.  Importantly, the Court advised Plaintiff that the failure to timely and properly file a substituted Complaint would result in the dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).[1] *Id.*

As of the date of this Order of Dismissal, Plaintiff has failed to comply with the February 16, 2012 Order, and the time for doing so has expired.

---

[1] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.*  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."  (Emphasis added.)

IT IS THEREFORE ORDERED THAT:

1.      Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's  February 16, 2012 Order.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Dismissal and the accompanying Judgment would not be taken in good faith.

DATED this 20th day of March, 2012.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE