IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JIMMY SHANE CANTRELL,					PLAINTIFF
ADC #98730

v.				No. 2:12CV00018 JLH/JTR

CORIZON, INC., et al.					DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's February 16, 2012 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 20th day of March, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE