# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JIMMY SHANE CANTRELL,                                                              PLAINTIFF
ADC #98730

v.                                      No. 2:12CV00018 JLH/JTR

CORIZON, INC., et al.                                                             DEFENDANTS

## ORDER

Jimmy Shane Cantrell has filed a motion for an extension of time to file objections to the magistrate judge's Proposed Findings and Recommended Partial Disposition entered on April 10, 2012. The motion is GRANTED. Document #31. The time within which Cantrell must file his objections is extended up to and including July 5, 2012.

IT IS SO ORDERED this 14th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE