**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JIMMY SHANE CANTRELL,                                                                            PLAINTIFF
ADC #98730

v.                                            No. 2:12CV00018 JLH/JTR

CORIZON, INC., *et al*.                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Cantrell may proceed with his failure to protect and retaliatory discipline claims against defendants Jackson and Henry.

2. The Clerk is directed to prepare a summons for defendants Jackson and Henry, and the United States Marshal is directed to serve the summons, substituted complaint, and this Order on them through the ADC Compliance Division without prepayment of fees and costs or security therefor.[1]

---

[1] If either of the defendants are no longer ADC employees, the ADC Compliance Office shall file, with the return of unexecuted service, a **SEALED** statement providing the last known private mailing address for the unserved defendant.

3.	All other claims and defendants are DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted.

4.	The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 13th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE