## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JIMMY SHANE CANTRELL,                                                                                   PLAINTIFF
ADC #98730

v.                                    No. 2:12CV0018 JLH/JTR

JERRY L. HENRY; and
MOSES JACKSON,
East Arkansas Regional Unit, ADC                                                                      DEFENDANTS

### ORDER

On August 28, 2012, the Court ordered Jimmy Shane Cantrell to file, on or before October 26, 2012, a motion for service that contained a valid service address for defendant Jerry L. Henry. On November 2, 2012, Cantrell filed a "response" requesting additional time to obtain a valid service address for Henry. The Court finds good cause to grant that request.

IT IS THEREFORE ORDERED THAT:

1.     Cantrell's request for additional time to obtain a valid service address for defendant Henry is GRANTED. Document #45.

2.     Cantrell must file, **on or before December 26, 2012**, a motion for service containing a valid service address for Henry.

3.     Cantrell is reminded that if he fails to timely do so, Henry will be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 5th day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE