# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JIMMY SHANE CANTRELL,
ADC #98730                                                                                          PLAINTIFF

V.                                            2:12CV00018 JLH/JTR

MOSES JACKSON,
East Arkansas Regional Unit, ADC                                                    DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new,

different, or additional evidence, and to have a hearing for this purpose before the United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.

3. An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## I. Introduction

Plaintiff, Jimmy Shane Cantrell, is a parolee who was formerly in prison at the East Arkansas Regional Unit of the Arkansas Department of Correction. In this *pro se* § 1983 action, he alleges that, in January of 2009, Defendant Captain Moses

Jackson violated his constitutional rights by: (1) refusing to place him in protective custody; and (2) issuing him a retaliatory disciplinary.[1] *See* Doc. #22.

Defendant has filed a Motion for Summary Judgment, a Brief in Support, and a Statement of Undisputed Facts. *See* Docs. #52, #53, and #54. Although he was directed to do so, Plaintiff has not filed a Response and the time for doing so has expired.[2] *See* Doc. #56. Thus, the facts in Defendant's Statement of Undisputed Facts are deemed *admitted* by Plaintiff pursuant to Local Rule 56.1(c).

## II. Discussion

There is no respondeat superior liability in § 1983 actions. *Ashcroft v. Iqbal*, 556 U.S. 662, 676 (2009); *Parrish v. Ball*, 594 F.3d 993, 1001 (8th Cir. 2010). Thus, a prisoner must demonstrate that each defendant, through his "own individual actions, has violated the Constitution." *Iqbal*, 556 U.S. at 676.

In his sworn and uncontested affidavit, Defendant explains that he was not involved in the January 2009 decision to deny Plaintiff's request for placement in

---

[1] The Court has previously dismissed all other claims and Defendants. *See* Docs. #34 and #48.

[2] On January 29, 2013, the Court entered an Order which advised Plaintiff that his failure to timely and properly respond to Defendant's Motion for Summary Judgment and the Court's Order "will result in: (a) all of the facts in Defendant's summary judgment papers being deemed admitted by Plaintiff, pursuant to Local Rule 56.1(c); or (b) the dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2)." *See* Doc. #56.

protective custody, nor was he aware that Plaintiff had made any such request. *See* Doc. #53, Ex. D. Defendant also states that he was not involved, in any way, with the January 2009 disciplinary proceedings against Plaintiff for his refusal to report to his assigned barracks. *Id.*

Thus, Defendant is entitled to summary judgment because the *undisputed* facts demonstrate that he did not, through his own actions, violated Plaintiff's constitutional rights.

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Defendant's Motion for Summary Judgment (Doc. #52) be GRANTED, and that this case be DISMISSED, WITH PREJUDICE.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order and Judgment adopting this Recommended Disposition would not be taken in good faith.

Dated this 19th day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE