**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JIMMY SHANE CANTRELL,                                                      PLAINTIFF
ADC #98730

v.                                          No. 2:12CV00018 JLH/JTR

MOSES JACKSON, East Arkansas Regional
Unit, Arkansas Department of Correction                              DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review,

the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby

are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Defendant's motion for summary judgment is GRANTED, and this case is

DISMISSED WITH PREJUDICE.  Document #52.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this Order would not be taken in good faith.

DATED this 10th day of April, 2013.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE