# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JIMMY SHANE CANTRELL,                                                              PLAINTIFF
ADC #98730

v.                        No. 2:12CV00018 JLH/JTR

MOSES JACKSON, East Arkansas Regional
Unit, Arkansas Department of Correction                                            DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant's motion for summary judgment is GRANTED, and this case is DISMISSED WITH PREJUDICE. Document #52.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 10th day of April, 2013.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE